UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 2:25-cv-02203-MEMF-AJR | Date: May 27, 2025 |
| Title _Robert Loitman v. Evolution Metals LLC et al_ | |

Present: The Honorable: Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: Order GRANTING Motion to Dismiss and DISMISSING WITHOUT PREJUDICE the Action [ECF No. 13] [JS-6]**

Before the Court is the Motion to Dismiss Plaintiff's Complaint filed by Defendants Evolution Metals LLC and David Wilcox (collectively, "Defendants"). ECF No. 13 ("Motion" or "Mot."). The Court deems this matter appropriate for resolution without oral argument and vacates the hearing set for August 14, 2025. *See* C.D. Cal. L.R. 7-15.

For the reasons stated below, the Court GRANTS the Motion and DISMISSES WITHOUT PREJUDICE the action.

**Background**

On March 12, 2025, Plaintiff Robert Loitman ("Loitman") filed suit against Defendants. ECF No. 1.

On April 16, 2025, the Court issued an order to the parties, referring them to the Court's Civil Standing Order found on the Court's website and under the Court's Procedures and Schedules. ECF No. 12. The Court ordered the parties to "maintain familiarity with the Standing Order and any future amendments that the Court may issue by periodically checking the Court's website for the operative version of the Standing Order." *Id.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-02203-MEMF-AJR                                    Date: May 27, 2025

Title   <u>Robert Loitman v. Evolution Metals LLC et al</u>

On May 5, 2025, Defendants filed the Motion. Mot. Loitman did not file an opposition or a notice of non-opposition as of May 23, 2025.

**Applicable Law**

Under Local Rule 7-12, "[a] Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule. The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion . . . ."

The Court's Civil Standing Order orders the parties that "all Motions must be filed in accordance with the following modified briefing schedule . . . . Opposition: Must be filed no later than fourteen (14) days after the filing of the initial Motion." Civil Standing Order § VIII.B.

**Discussion**

Per the Court's Civil Standing Order, Loitman's opposition or notice of non-opposition was due by May 19, 2025, fourteen (14) days from the filing of the Motion. *See* Civil Standing Order § VIII.B. Loitman, however, has not filed his opposition or a notice of non-opposition as of May 23, 2025, which marks the sixteenth (18th) day since the filing of the Motion.

This Court deems Loitman's failure to file his opposition as his consent to the granting of the Motion. *See* L.R. 7-12. The Court hereby GRANTS the Motion and DISMISSES WITHOUT PREJUDICE the action.

**Conclusion**

Fore the reasons stated above, the Court ORDERS as follows:

1. The Motion is GRANTED.
2. The case is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-02203-MEMF-AJR                                       Date: May 27, 2025

Title   *Robert Loitman v. Evolution Metals LLC et al*

                                                                            :
                                                 **Initials of Preparer**      DBE