UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ROBERT LOITMAN | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:25-CV-02203-MEMF-AJR |
| v. | |
| EVOLUTION METALS, DAVID WILCOX | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

☐ The Court hereby orders that the request of:

☐ Plaintiff ☐ Defendant ☐ Other
_____
Name of Party

☐ to substitute _____ who is

☐ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

_____
Street Address

_____
City, State, Zip

_____
E-Mail Address

_____
Telephone Number

_____
Fax Number

_____
State Bar Number

as attorney of record instead of _____
List **all** attorneys from same firm or agency who are withdrawing.

**is hereby** ☐ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of [John Arrastia and Angelo M. Castaldi]
List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for [Evolution Metals and David Wilcox]

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  March 5, 2026

_[signature]_
U. S. District Judge/~~U.S. Magistrate Judge~~

G-01 ORDER (02/24)  (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY